

Edward Y. Kroub  – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 27, 2022

<u>VIA ECF</u>

The Honorable Judge Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Abreu v. S&T Global Co.*; Case No. 1:22-cv-01784-KPF

Dear Judge Schofield:

We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for May 4, 2022, at 4:10 P.M.  Plaintiff requests this adjournment since Defendant has not yet been served in this matter. Plaintiff filed an amended complaint in this matter on March 31, 2022 and has attempted to serve the newly named Defendant without success.  We respectfully request an adjournment of 30 days to allow time for Defendant to be properly served and for Plaintiff to file an affidavit of service with the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

Application **GRANTED**. The initial conference scheduled for May 4, 2022 is **ADJOURNED** to **June 1, 2022, at 4:10 p.m.**  By **May 25, 2022**, the parties shall file a joint letter and proposed case management plan.  (*See* Dkt. No. 5.)  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11.

Dated:  April 27, 2022
         New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE