```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    LUIGI ABREU,                                              :
                                  Plaintiff,                  :
                                                              :     22 Civ. 1784 (LGS)
                    -against-                                 :
                                                              :         ORDER
    S&T GLOBAL CO.,                                           :
                                                              :
                                  Defendant.                  :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed the amended complaint on March 30, 2022. (Dkt. No. 8.)

WHEREAS, Defendant has not yet appeared.

WHEREAS, on May 25, 2022, Plaintiff filed a proposed Certificate of Default, which the Clerk of the Court issued the same day. (Dkt. Nos. 14, 16.)

WHEREAS, on May 26, 2022, the Court issued an Order directing Plaintiff to file his default judgment materials by June 9, 2022. (Dkt. No. 18.)

WHEREAS, no such materials were filed by June 9, 2022. It is hereby

**ORDERED** that by **June 22, 2022**, Plaintiff shall file default judgment materials pursuant to Attachment A of this Court's Individual Rules.

Dated: June 14, 2022
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**