UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                 :
LUIGI ABREU,                              :
                             Plaintiff,      :
                                                 :       22 Civ. 1784 (LGS)
                -against-                 :
                                                 :            <u>ORDER</u>
S&T GLOBAL CO.,                       :
                                                 :
                             Defendant.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff filed the amended complaint on March 30, 2022.  (Dkt. No. 8.)

       WHEREAS, Defendant has not yet appeared.

       WHEREAS, on May 25, 2022, Plaintiff filed a proposed Certificate of Default, which the Clerk of the Court issued the same day.  (Dkt. Nos. 14, 16.)

       WHEREAS, on May 26, 2022, the Court issued an Order directing Plaintiff to file his default judgment materials by June 9, 2022.  (Dkt. No. 18.)

       WHEREAS, no such materials were filed by June 9, 2022.

       WHEREAS, on June 14, 2022, the Court issued an Order directing Plaintiff to file his default judgment materials by June 22, 2022.  (Dkt. No. 19.)

       WHEREAS, no such materials were filed.  It is hereby

       **ORDERED** that by **July 1, 2022**, Plaintiff shall file default judgment materials pursuant to Attachment A of this Court's Individual Rules.  Failure to comply with this Order will result in dismissal with prejudice for failure to prosecute.

Dated: June 28, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE